UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 18-10097 |
| --- | --- | --- |
| PATRICIA DRAKE | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

1. The confirmed Chapter 13 plan is amended in §3.1 to provide for payment to Kingsbrook Crossing Homeowners Association, with an arrearage of $8,139.22 and monthly payments of $500.00 per month.

2. The Chapter 13 plan payment is increased to $1,085.00 per month.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 22, 2019

**Prepared by:**

Dustin B. Allen
ARDC#6312451
Lynch Law Offices, P.C.   Attorney for Debtor
1011 Warrenville Road, Ste. 150
Lisle, IL 60532
(630) 960-4700